**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Heather L. Blankenbiller dba Cr8ing Digital Art | CHAPTER 13 |
| Debtor(s) | BKY. NO. 18-10878 ref |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

Kindly enter my appearance on behalf of Fay servicing LLC as servicer for Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not in its individual capacity, but as solely as Trustee for MFRA Trust 2014-2 and index same on the master mailing list.

Respectfully submitted,

**/s/ Kevin G. McDonald, Esquire**
Kevin G. McDonald, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322 FAX (215) 627-7734