**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**READING DIVISION**

| | |
|---|---|
| **In Re:** | **Chapter 13 Bankruptcy** |
| **HEATHER L. BLANKENBILLER,** | |
| Debtor | Bankruptcy No. 18-10878 REF |
| | **Hearing scheduled for Tuesday, May 15, 2018, at 9:30 am, in Courtroom No. 1, The Madison Building, 400 Washington Street, Reading, Pennsylvania.** |

**NOTICE OF MOTION, RESPONSE DEADLINE, AND HEARING DATE**

**TO:    U.S. TRUSTEE, CHAPTER 13 TRUSTEE, ALL CREDITORS AND OTHER PARTIES IN INTEREST, NOTICE IS GIVEN THAT:**

Debtor filed a Motion to Sell Real Estate Free and Clear of Liens and Encumbrances and to Permit Distribution of Sale Proceeds ("Motion").  Pursuant to the terms of the Motion, the Debtor intends to sell a parcel of real estate owned by the Debtor located at Bertolet Mill Road, Oley Township, Berks County, PA, and which is identified in the records of Berks County as Tax Parcel No. 67535800592624  (the "Premises") for the sum of $20,000.00.  If a copy of the Motion is not enclosed with this Notice, a copy can be obtained by contacting counsel to the Debtor, George M. Lutz, Esquire, at Hartman, Valeriano, Magovern and Lutz, PC, 1100 Berkshire Boulevard, 3rd Floor, Wyomissing, PA  19610, Ph.:  610-779-0772, Email: glutz@hvmllaw.com.

Any creditor or any party in interest may file an answer, objection, or other responsive pleading with respect to this Motion with the Clerk of the United States Bankruptcy Court, The Madison Building, Suite 300, 400 Washington Street, Reading, PA  19601, and must **deliver** a copy to counsel for the Debtor, whose name and address appears below, such that counsel for the Debtor **receives** said copy on or before May 8, 2018 at 4:00 p.m.

A hearing to consider the Motion and any answers, objections, or other responsive pleadings has been scheduled for Tuesday, May 15, 2018 at 9:30 a.m. in Courtroom No. 1, The Madison Building, 400 Washington Street, Reading, Pennsylvania. In the absence of any answer, objection, or other responsive pleading, the Court may approve the sale requested in Motion.

Dated:  April 15, 2018

**George M. Lutz, Esquire**
**845 North Park Road**
**Wyomissing, PA  19610**
**Ph.:  610-372-9900**
**Fax:  610-372-5469**