**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**READING DIVISION**

| | |
|---|---|
| **In re:**<br><br>**HEATHER L. BLANKENBILLER,**<br><br>Debtor | **Chapter 13 Bankruptcy**<br><br>**Bankruptcy No. 18-10878 REF** |

**CERTIFICATE OF SERVICE**

    I, Alyssa J. Merkey, of Hartman, Valeriano, Magovern & Lutz, P.C., certify that a true and correct copy of the Notice of Motion, Response Deadline and Hearing Date and Debtor's Motion to Terminate Agreement of Sale were served upon the addresses listed below by way of electronic means on April 14, 2018 and/or via first class mail on April 16, 2018:

FREDERICK L. REIGLE - ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com

UNITED STATES TRUSTEE - USTPRegion03.PH.ECF@usdoj.gov

KEVIN G. MCDONALD on behalf of Creditor E*TRADE BANK - bkgroup@kmllawgroup.com

KEVIN G. MCDONALD on behalf of Creditor Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not in its individual capacity, but as solely as Trustee for MFRA Trust 2014-2 - bkgroup@kmllawgroup.com

New Life Bible Fellowship Church
c/o Eugene Orlando, Jr., Esquire
2901 St. Lawrence Avenue, Suite 202
Reading, PA 19606

Heather L. Blankenbiller
322 Bertolet Mill Road
Oley, PA  19547

                              **Hartman, Valeriano, Magovern & Lutz, P.C.**

        By:    *s/Alyssa J. Merkey*
                  1100 Berkshire Blvd., Suite 301
                  Wyomissing, PA  19610
                  610-779-0772