**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**READING DIVISION**

| | |
|---|---|
| **In re:**<br><br>**HEATHER L. BLANKENBILLER,**<br><br>Debtor | **Chapter 13 Bankruptcy**<br><br>**Bankruptcy No. 18-10878 REF** |

## CERTIFICATE OF SERVICE

    I, Alyssa J. Merkey, of Hartman, Valeriano, Magovern & Lutz, P.C., certify that a true and correct copy of the Notice of Motion, Response Deadline and Hearing Date and Debtor's Motion to Sell Real Estate Free and Clear of Liens and Encumbrances and to Permit Distribution of Sale Proceeds were served upon the addresses listed below, and upon all parties on the Matrix, by way of electronic means on April 15, 2018 and/or via first class mail on April 18, 2018:

FREDERICK L. REIGLE - ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com

UNITED STATES TRUSTEE - USTPRegion03.PH.ECF@usdoj.gov

KEVIN G. MCDONALD on behalf of Creditor E*TRADE BANK - bkgroup@kmllawgroup.com

KEVIN G. MCDONALD on behalf of Creditor Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not in its individual capacity, but as solely as Trustee for MFRA Trust 2014-2 - bkgroup@kmllawgroup.com

Jason A. Cottrill
Bonial & Associates, P.C.
P.O. Box 9013
Addison, TX  75001

Countrywide Home Loans, Inc.
MS SV-79 Document Processing
P.O. Box 10423
Van Nuys, CA  91410

Chastidy Blackwell
America's Wholesale Lender
1210 Northbrook Dr. No. 300
Trevose, PA  19053

America's Wholesale Lender
4500 Park Granada MSN# SVB-314
Calabasas, CA  91302

Bank of America
13150 World Gate Drive
Herndon, VA  20170

Bank of America
101 S. Marengo Avenue
Pasadena, CA  91101

Wilmington Trust
Trustee for MFRA Trust 2014-2
c/o MFResidential Assets I, LLC
350 Park Avenue, 20th Floor
New York, NY  10022

Phelan, Hallinan, Diamond & Jones, LLP
c/o Abigail Brunner, Esquire
1617 JFK Boulevard, Ste. 1400
One Penn Center Plaza
Philadelphia, PA  19103

Bank of America
7105 Corporate Drive
Plano, TX  75024

William R. Gift
c/o Richard T. Curley, Esquire
50 East Philadelphia Avenue
P.O. Box 357
Boyertown, PA  19512

Heather L. Blankenbiller
322 Bertolet Mill Road
Oley, PA  19547

                                        **Hartman, Valeriano, Magovern & Lutz, P.C.**

By:    *s/Alyssa J. Merkey*
        1100 Berkshire Blvd., Suite 301
        Wyomissing, PA  19610
        610-779-0772

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0313-4<br>Case 18-10878-ref<br>Eastern District of Pennsylvania<br>Reading<br>Wed Apr 18 14:29:02 EDT 2018 | Reading<br>400 Washington Street<br>Suite 300<br>Reading, PA 19601-3951 | AT&T Cellular Service<br>PO Box 9001310<br>Louisville, KY 40290-1310 |
| Bank of America<br>450 American Street<br>Simi Valley, CA 93065-6285 | Bank of America<br>POB 31785<br>Tampa, FL 33631-3785 | CSC Credit Services<br>Box 740040<br>Atlanta, GA 30374-0040 |
| CW NEXUS CREDIT CARD<br>101 Crossways Park Dr W<br>Holdings I, Llc<br>Woodbury, NY 11797-2020 | CW Nexus Credit Card Holdings 1, LLC<br>Resurgent Capital Services<br>PO Box 10368<br>Greenville, SC 29603-0368 | Chex Systems Inc.<br>ATTN: Customer Relations<br>7805 Hudson Rd<br>Suite 100<br>Woodbury, MN 55125-1703 |
| Comcast<br>400 Riverfront Drive<br>Reading, PA 19602-2670 | E*Trade Bank<br>c/o Specialized Loan Servicing LLC<br>8742 Lucent Blvd, Suite 300<br>Highlands Ranch, Colorado 80129-2386 | Equifax Information Services LLC<br>P.O. Box 740256<br>Atlanta, GA 30374-0256 |
| Experian<br>Business Information Services<br>475 Anton Blvd.<br>Costa Mesa, CA 92626-7037 | Fay Servicing LLC<br>c/o Kevin G. McDonald, Esq.<br>701 Market Street, Ste 5000<br>Philadelphia, PA 19106-1541 | Fay Servicing, LLC<br>Bankruptcy Department<br>3000 Kellway Dr., Ste 150<br>Carrollton, TX 75006-3357 |
| MIDLAND CREDIT MGMT INC<br>2365 Northside Dr 300<br>San Diego, CA 92108-2709 | Met Ed<br>101 Crawford's Corner Rd Bldg # 1 S<br>Holmdel, NJ 07733-1976 | (p)MET ED FIRST ENERGY<br>101 CRAWFORD CORNER RD<br>BLDG 1 SUITE 1-511<br>HOLMDEL NJ 07733-1900 |
| Midland Funding LLC<br>PO Box 2011<br>Warren, MI 48090-2011 | Specialized  Loan Servicing<br>8742 Lucent Blvd. Suite 300<br>Littleton, CO 80129-2386 | Trans Union<br>P.O. Box 1000<br>Chester, PA 19022 |
| United States Trustee<br>Office of the U.S. Trustee<br>833 Chestnut Street<br>Suite 500<br>Philadelphia, PA 19107-4405 | William R. Gift Inc.<br>POB 329<br>Boyertown, PA 19512-0329 | Wilmington Trust, National Association<br>Trustee for MFRA Trust 2014-2<br>c/o Jennie Tsai, Esquire<br>1617 JFK Boulevard, Suite 1400<br>Philadelphia, PA 19103-1814 |
| FREDERICK L. REIGLE<br>Chapter 13 Trustee<br>2901 St. Lawrence Avenue<br>P.O. Box 4010<br>Reading, PA 19606-0410 | GEORGE M. LUTZ<br>Hartman, Valeriano, Magovern & Lutz, PC<br>1100 Berkshire Blvd.<br>Suite 301<br>P.O. Box 5828<br>Wyomissing, PA 19610-5828 | Heather L. Blankenbiller<br>322 Bertolet Mill Road<br>Oley, PA 19547-8750 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Met Ed
P O Box 16001
Reading, PA 19612

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)E*TRADE BANK                    (u)Wilmington Savings Fund Society, FSB, d/b/          (u)Wilmington Savings Fund Society, FSB, d/b/
                                                                                          701 Market street, Suite 5000, Philadelp

End of Label Matrix
Mailable recipients    26
Bypassed recipients     3
Total                  29