## IN THE UNITED STATES BANKRUPTCY COURT FOR
## THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | |
| **HEATHER L. BLANKENBILLER** : | BK. No. 18-10878 REF |
| **Debtor** : | |
| : | Chapter No. 13 |
| **FAY SERVICING LLC** : | |
| **Movant** : | |
| v. : | |
| **HEATHER L. BLANKENBILLER** : | |
| **Respondent** : | |

### PRAECIPE TO WITHDRAW THE RESPONSE TO MOTION TO SELL PROPERTY FREE AND CLEAR OF LIENS

TO THE CLERK OF THE U.S. BANKRUPTCY COURT:

Kindly withdraw the Response to Motion to Sell Property Free and Clear of Liens, filed on May 9, 2018, Docket Entry 27.

          Respectfully submitted,

          /s/ Thomas Song, Esquire
          Thomas Song, Esq., Id. No.89834
          Phelan Hallinan Diamond & Jones, LLP
          1617 JFK Boulevard, Suite 1400
          One Penn Center Plaza
          Philadelphia, PA 19103
          Phone Number: 215-563-7000 Ext 31387
          Fax Number: 215-568-7616
          Email: Thomas.Song@phelanhallinan.com

May 14, 2018

**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
| **HEATHER L. BLANKENBILLER** | : | BK. No. 18-10878 REF |
| Debtor | : | |
| | : | **Chapter No. 13** |
| **FAY SERVICING LLC** | : | |
| Movant | : | |
| v. | : | |
| **HEATHER L. BLANKENBILLER** | : | |
| Respondent | : | |

**CERTIFICATE OF SERVICE OF THE PRAECIPE TO WITHDRAW
THE RESPONSE TO MOTION TO SELL PROPERTY FREE AND CLEAR OF LIENS**

I certify under penalty of perjury that I served or caused to be served the above captioned pleading Praecipe to Withdraw the Response to Motion to Sell Property Free and Clear of Liens on the parties at the addresses shown below or on the attached list on May 14, 2018.

FREDERICK L. REIGLE, ESQUIRE (TRUSTEE)   HEATHER L. BLANKENBILLER
2901 ST. LAWRENCE AVENUE                 322 BERTOLET MILL ROAD
P.O. BOX 4010                            OLEY, PA 19547-8750
READING, PA 19606

GEORGE  M. LUTZ, ESQUIRE
1100 Berkshire Blvd., Suite 301
P.O. Box 5828
Wyomissing, PA 19610

If more than one method of service was employed, this certificate of service groups the parties by the type of service.  For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification" and those served by mail will be listed under the heading: Service by First Class Mail."

      /s/ Thomas Song, Esquire
      Thomas Song, Esq., Id. No.89834
      Phelan Hallinan Diamond & Jones, LLP
      1617 JFK Boulevard, Suite 1400
      One Penn Center Plaza
      Philadelphia, PA 19103
      Phone Number: 215-563-7000 Ext 31387
      Fax Number: 215-568-7616
      Email: Thomas.Song@phelanhallinan.com

May 14, 2018