UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
READING DIVISION

| In Re: | Chapter 13 Bankruptcy |
|---|---|
| HEATHER L. BLANKENBILLER, | Bankruptcy No. 18-10878 REF |
| Debtor | |

## ORDER

AND NOW, this ___ day of May, 2016, upon consideration of the Debtor's Motion to Terminate Agreement of Sale ("Motion"), and upon Debtor having certified that adequate notice of the Motion was sent to the interested parties and that no answer or other response to the Motion has been filed,

AND UPON review of an Agreement of Sale for the Adjoining Parcel, as that term is defined in the Motion, and having determined that the Agreement of Sale for the Adjoining Parcel is not materially different than the version attached as Exhibit B to the Motion, and having determined that the Agreement of Sale for the Adjoining Parcel is being approved on this date,

IT IS HEREBY ORDERED that:

1. the Motion is granted;

2. the Agreement of Sale for both the Residential Parcel and the Adjoining Parcel, dated February 7, 2018 is hereby terminated, and rendered null and void.

BY THE COURT:

5/15/18

_____
Richard E. Fehling
United States Bankruptcy Judge

George M. Lutz, Esquire
Hartman, Valeriano, Magovern & Lutz, PC
1100 Berkshire Boulevard, Suite 301
P.O. Box 5828
Wyomissing, PA 19610

New Life Bible Fellowship Church
c/o Eugene Orlando, Jr., Esquire
2901 St. Lawrence Avenue, Suite 202
Reading, PA 19606

Office of the United States Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19107

Frederick L. Reigle, Esquire
Chapter 13 Trustee
2901 St. Lawrence Avenue
POB 4010
Reading, PA 19606