UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
READING DIVISION

| In Re: <br><br>HEATHER L. BLANKENBILLER, <br><br>Debtor | Chapter 13 Bankruptcy <br><br><br>Bankruptcy No. 18-10878 REF |
|---|---|

**ORDER TO SELL REAL ESTATE FREE AND CLEAR OF ALL LIENS AND ENCUMBRANCES AND TO PERMIT LIMITED DISTRIBUTION OF CERTAIN SALE PROCEEDS AT SETTLEMENT**

AND NOW, this 15 day of May, 2018, upon consideration of the Debtor's Motion to Sell Real Estate Free and Clear of Liens and Encumbrances and to Permit Distribution of Sale Proceeds ("Motion"), and after notice and opportunity for hearing,

IT IS HEREBY ORDERED that:

1. The Debtor has satisfied this Court that the proposed sale is to a good faith purchaser for a fair and reasonable consideration that is in the best interests of the bankruptcy estate and that the Debtor is therefore authorized to sell, free and clear of all liens and encumbrances, the real property owned by the Debtor located at Bertolet Mill Road, Oley Township, Berks County, PA, and which is identified in the records of Berks County as Tax Parcel No. 67535800592624, to New Life Bible Fellowship Church for the sum of $20,000.00.

2. The aforesaid sale will be conducted in accordance with the Agreement of Sale that has been filed with the Court subsequent to the filing of the Motion, and which has been reviewed by the Court and has been deemed by the Court to differ in no material respect from the Agreement of Sale attached as Exhibit A to the Motion.

3. The distributions proposed in the Motion are approved.

4. The Debtor shall submit a copy of the HUD-1 Settlement Statement to the Chapter 13 Trustee within 10 days of the date of settlement on the Premises.

BY THE COURT:

_____
Richard E. Fehling
Chief United States Bankruptcy Judge

| | |
|---|---|
| **George M. Lutz, Esquire**<br>845 North Park Road<br>Wyomissing, PA  19610 | **Frederick L. Reigle, Esquire**<br>Chapter 13 Trustee<br>2901 St. Lawrence Avenue<br>P.O. Box 4010<br>Reading, PA  19606 |
| **Office of the U.S. Trustee**<br>833 Chestnut Street<br>Suite 500<br>Philadelphia, PA  19107 | See attached list of interested parties |