United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Heather L. Blankenbiller
    Debtor

Case No. 18-10878-ref
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-4    User: SaraR    Page 1 of 1    Date Rcvd: May 15, 2018
                  Form ID: pdf900    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 17, 2018.
db        +Heather L. Blankenbiller,   322 Bertolet Mill Road,   Oley, PA 19547-8750
cr        +New Life Bible Fellowship Church,   2960 W. Philadelphia Avenue,   Oley, PA 19547-8963

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.        TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 17, 2018        Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 15, 2018 at the address(es) listed below:
        CHRISTOPHER M GARRELL    on behalf of Creditor   New Life Bible Fellowship Church
         cgarrell@orlandolawoffices.com
        FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
        FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
         ecf_frpa@trustee13.com
        GEORGE M. LUTZ    on behalf of Debtor Heather L. Blankenbiller glutz@hvmllaw.com,
         amerkey@hvmllaw.com;r49419@notify.bestcase.com
        KEVIN G. MCDONALD    on behalf of Creditor   Wilmington Savings Fund Society, FSB, d/b/a
         Christiana Trust, not in its individual capacity,  but as solely as Trustee for MFRA Trust
         2014-2 bkgroup@kmllawgroup.com
        KEVIN G. MCDONALD    on behalf of Creditor   E*TRADE BANK bkgroup@kmllawgroup.com
        THOMAS YOUNG.HAE SONG    on behalf of Creditor   Fay Servicing LLC paeb@fedphe.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        TOTAL: 8

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
READING DIVISION

| In Re: | Chapter 13 Bankruptcy |
|---|---|
| HEATHER L. BLANKENBILLER, | Bankruptcy No. 18-10878 REF |
| Debtor | |

## ORDER

AND NOW, this         day of May, 2016, upon consideration of the Debtor's Motion to Terminate Agreement of Sale ("Motion"), and upon Debtor having certified that adequate notice of the Motion was sent to the interested parties and that no answer or other response to the Motion has been filed,

AND UPON review of an Agreement of Sale for the Adjoining Parcel, as that term is defined in the Motion, and having determined that the Agreement of Sale for the Adjoining Parcel is not materially different than the version attached as Exhibit B to the Motion, and having determined that the Agreement of Sale for the Adjoining Parcel is being approved on this date,

IT IS HEREBY ORDERED that:

1. the Motion is granted;

2. the Agreement of Sale for both the Residential Parcel and the Adjoining Parcel, dated February 7, 2018 is hereby terminated, and rendered null and void.

BY THE COURT:

5/15/18

_____
Richard E. Fehling
United States Bankruptcy Judge

George M. Lutz, Esquire
Hartman, Valeriano, Magovern & Lutz, PC
1100 Berkshire Boulevard, Suite 301
P.O. Box 5828
Wyomissing, PA  19610

New Life Bible Fellowship Church
c/o Eugene Orlando, Jr., Esquire
2901 St. Lawrence Avenue, Suite 202
Reading, PA 19606

Office of the United States Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA  19107

Frederick L. Reigle, Esquire
Chapter 13 Trustee
2901 St. Lawrence Avenue
POB 4010
Reading, PA  19606