United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                          Case No. 18-10878-ref
Heather L. Blankenbiller                                                        Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4          User: SaraR               Page 1 of 1            Date Rcvd: May 15, 2018
                              Form ID: pdf900           Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 17, 2018.
db             +Heather L. Blankenbiller,    322 Bertolet Mill Road,    Oley, PA 19547-8750
cr             +New Life Bible Fellowship Church,    2960 W. Philadelphia Avenue,    Oley, PA 19547-8963

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 17, 2018                                       Signature:  /s/Joseph Speetjens 

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 15, 2018 at the address(es) listed below:
              CHRISTOPHER M GARRELL    on behalf of Creditor    New Life Bible Fellowship Church
               cgarrell@orlandolawoffices.com
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,    ecf_frpa@trustee13.com
              FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              GEORGE M. LUTZ    on behalf of Debtor Heather L. Blankenbiller glutz@hvmllaw.com,
               amerkey@hvmllaw.com;r49419@notify.bestcase.com
              KEVIN G. MCDONALD    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a
               Christiana Trust, not in its individual capacity,    but as solely as Trustee for MFRA Trust
               2014-2 bkgroup@kmllawgroup.com
              KEVIN G. MCDONALD    on behalf of Creditor    E*TRADE BANK bkgroup@kmllawgroup.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor    Fay Servicing LLC paeb@fedphe.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 8

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
READING DIVISION

| In Re: | |
|---|---|
| | Chapter 13 Bankruptcy |
| HEATHER L. BLANKENBILLER, | |
| Debtor | Bankruptcy No. 18-10878 REF |

ORDER TO SELL REAL ESTATE FREE AND CLEAR OF ALL LIENS AND ENCUMBRANCES AND TO PERMIT LIMITED DISTRIBUTION OF CERTAIN SALE PROCEEDS AT SETTLEMENT

AND NOW, this 15 day of May, 2018, upon consideration of the Debtor's Motion to Sell Real Estate Free and Clear of Liens and Encumbrances and to Permit Distribution of Sale Proceeds ("Motion"), and after notice and opportunity for hearing,

IT IS HEREBY ORDERED that:

1. The Debtor has satisfied this Court that the proposed sale is to a good faith purchaser for a fair and reasonable consideration that is in the best interests of the bankruptcy estate and that the Debtor is therefore authorized to sell, free and clear of all liens and encumbrances, the real property owned by the Debtor located at Bertolet Mill Road, Oley Township, Berks County, PA, and which is identified in the records of Berks County as Tax Parcel No. 67535800592624, to New Life Bible Fellowship Church for the sum of $20,000.00.

2. The aforesaid sale will be conducted in accordance with the Agreement of Sale that has been filed with the Court subsequent to the filing of the Motion, and which has been reviewed by the Court and has been deemed by the Court to differ in no material respect from the Agreement of Sale attached as Exhibit A to the Motion.

3. The distributions proposed in the Motion are approved.

4.      The Debtor shall submit a copy of the HUD-1 Settlement Statement to the Chapter 13 Trustee within 10 days of the date of settlement on the Premises.

BY THE COURT:

_____
Richard E. Fehling
Chief United States Bankruptcy Judge

| | |
|---|---|
| **George M. Lutz, Esquire**<br>**845 North Park Road**<br>**Wyomissing, PA  19610** | **Frederick L.  Reigle, Esquire**<br>**Chapter 13 Trustee**<br>**2901 St. Lawrence Avenue**<br>**P.O. Box 4010**<br>**Reading, PA  19606** |
| **Office of the U.S. Trustee**<br>**833 Chestnut Street**<br>**Suite 500**<br>**Philadelphia, PA  19107** | **See attached list of interested parties** |