**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**READING DIVISION**

| | |
|---|---|
| In re:<br><br>**HEATHER L. BLANKENBILLER,**<br><br>Debtor | **Chapter 13 Bankruptcy**<br><br>**Bankruptcy No. 18-10878 REF** |

**CERTIFICATE OF SERVICE**

  I, Alyssa J. Merkey, of Hartman, Valeriano, Magovern & Lutz, P.C., certify that a true and correct copy of the Notice of Continued Meeting of Creditors was served upon the addresses listed below and upon all parties in interest by way of electronic means and/or via first class mail on May 25, 2018:

FREDERICK L. REIGLE - ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com

UNITED STATES TRUSTEE - USTPRegion03.PH.ECF@usdoj.gov

KEVIN G. MCDONALD on behalf of Creditor E*TRADE BANK - bkgroup@kmllawgroup.com

KEVIN G. MCDONALD on behalf of Creditor Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not in its individual capacity, but as solely as Trustee for MFRA Trust 2014-2 - bkgroup@kmllawgroup.com

Eugene Orlando, Jr., Esquire
2901 St. Lawrence Avenue, Suite 202
Reading, PA 19606

Heather L. Blankenbiller
322 Bertolet Mill Road
Oley, PA  19547

                **Hartman, Valeriano, Magovern & Lutz, P.C.**

       By:  *s/Alyssa J. Merkey*
           1100 Berkshire Blvd., Suite 301
           Wyomissing, PA  19610
           610-779-0772

```
Label Matrix for local noticing          New Life Bible Fellowship Church        Reading
0313-4                                   2960 W. Philadelphia Avenue             400 Washington Street
Case 18-10878-ref                        Oley, PA 19547-8963                     Suite 300
Eastern District of Pennsylvania                                                 Reading, PA 19601-3951
Reading
Fri May 25 10:42:07 EDT 2018

AT&T Cellular Service                    Bank of America                         Bank of America
PO Box 9001310                           450 American Street                     POB 31785
Louisville, KY 40290-1310                Simi Valley, CA 93065-6285              Tampa, FL 33631-3785


CSC Credit Services                      CW NEXUS CREDIT CARD                    CW Nexus Credit Card Holdings l, LLC
Box 740040                               101 Crossways Park Dr W                 Resurgent Capital Services
Atlanta, GA 30374-0040                   Holdings I, Llc                         PO Box 10368
                                         Woodbury, NY 11797-2020                 Greenville, SC 29603-0368


Chex Systems Inc.                        Comcast                                 E*Trade Bank
ATTN: Customer Relations                 400 Riverfront Drive                    c/o Specialized Loan Servicing LLC
7805 Hudson Rd                           Reading, PA 19602-2670                  8742 Lucent Blvd, Suite 300
Suite 100                                                                        Highlands Ranch, Colorado 80129-2386
Woodbury, MN 55125-1703


Equifax Information Services LLC         Experian                                Fay Servicing LLC
P.O. Box 740256                          Business Information Services          c/o Kevin G. McDonald, Esq.
Atlanta, GA 30374-0256                   475 Anton Blvd.                         701 Market Street, Ste 5000
                                         Costa Mesa, CA 92626-7037               Philadelphia, PA 19106-1541


Fay Servicing, LLC                       MIDLAND CREDIT MGMT INC                 Met Ed
Bankruptcy Department                    2365 Northside Dr 300                   101 Crawford's Corner Rd Bldg # 1 S
3000 Kellway Dr., Ste 150                San Diego, CA 92108-2709                Holmdel, NJ 07733-1976
Carrollton, TX 75006-3357


(p)MET ED FIRST ENERGY                   Midland Funding LLC                     Richard T. Curley
101 CRAWFORD CORNER RD                   PO Box 2011                             50 E. Philadelphia Ave
BLDG 1 SUITE 1-511                       Warren, MI 48090-2011                   PO Box 357
HOLMDEL NJ 07733-1900                                                            Boyertown, PA 19512-0357


Specialized  Loan Servicing              Trans Union                             United States Trustee
8742 Lucent Blvd. Suite 300              P.O. Box 1000                           Office of the U.S. Trustee
Littleton, CO 80129-2386                 Chester, PA 19022                       833 Chestnut Street
                                                                                 Suite 500
                                                                                 Philadelphia, PA 19107-4405


William R. Gift Inc.                     Wilmington Trust, National Association  FREDERICK L. REIGLE
POB 329                                  Trustee for MFRA Trust 2014-2           Chapter 13 Trustee
Boyertown, PA 19512-0329                 c/o Jennie Tsai, Esquire                2901 St. Lawrence Avenue
                                         1617 JFK Boulevard, Suite 1400          P.O. Box 4010
                                         Philadelphia, PA 19103-1814             Reading, PA 19606-0410


GEORGE M. LUTZ                           Heather L. Blankenbiller
Hartman, Valeriano, Magovern & Lutz, PC  322 Bertolet Mill Road
1100 Berkshire Blvd.                     Oley, PA 19547-8750
Suite 301
P.O. Box 5828
Wyomissing, PA 19610-5828
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Met Ed
P O Box 16001
Reading, PA 19612

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)E*TRADE BANK               (u)Fay Servicing LLC              (u)Wilmington Savings Fund Society, FSB, d/b/

(u)Wilmington Savings Fund Society, FSB, d/b/     End of Label Matrix
701 Market street, Suite 5000, Philadelp          Mailable recipients    28
                                                  Bypassed recipients     4
                                                  Total                  32

# FREDERICK L. REIGLE

*Attorney at Law*

STANDING CHAPTER 13 TRUSTEE
2901 ST. LAWRENCE AVENUE, SUITE 100
P.O. BOX 4010
READING, PENNSYLVANIA 19606-0410

FREDERICK L. REIGLE
POLLY A. LANGDON
ROLANDO RAMOS

(610) 779-1313
FAX (610) 779-3637

MAIL ALL PAYMENTS TO
P.O. BOX 680
MEMPHIS, TN 38101-0680

Date:     May 22, 2018

Memo To:  GEORGE M LUTZ ESQUIRE
          HARTMAN VALERIANO MAGOVERN & LUTZ PC
          1100 BERKSHIRE BLVD SUITE 301
          WYOMISSING. PA. 19610-

From:     Frederick L. Reigle, Esq., Trustee

RE:       HEATHER L  BLANKENBILLER
          Bankruptcy No.    18-10878

Dear Sir or Madam:

    The Section 341(a) Meeting of creditors on the above-captioned bankruptcy has been rescheduled as follows:

Date:     06/19/2018

Time:     01:30 P.M.

Location: Chapter 13 Meeting Room
          2901 St. Lawrence Avenue
          Reading, PA 19606

FLR/eg

cc:   HEATHER L  BLANKENBILLER
      322 BERTOLET MILL ROAD

      OLEY PA 19547