United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 18-10878-ref
Heather L. Blankenbiller                                                Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: SaraR            Page 1 of 1           Date Rcvd: Jun 19, 2018
                              Form ID: pdf900        Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 21, 2018.
db        +Heather L. Blankenbiller,    322 Bertolet Mill Road,   Oley, PA 19547-8750
cr        +New Life Bible Fellowship Church,    2960 W. Philadelphia Avenue,   Oley, PA 19547-8963

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 21, 2018                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 19, 2018 at the address(es) listed below:
              CHRISTOPHER M GARRELL    on behalf of Creditor    New Life Bible Fellowship Church
               cgarrell@orlandolawoffices.com
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,   ecf_frpa@trustee13.com
              FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              GEORGE M. LUTZ    on behalf of Debtor Heather L. Blankenbiller glutz@hvmllaw.com,
               amerkey@hvmllaw.com;r49419@notify.bestcase.com
              KEVIN G. MCDONALD    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a
               Christiana Trust, not in its individual capacity,   but as solely as Trustee for MFRA Trust
               2014-2 bkgroup@kmllawgroup.com
              KEVIN G. MCDONALD    on behalf of Creditor    E*TRADE BANK bkgroup@kmllawgroup.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor    Fay Servicing LLC paeb@fedphe.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 8

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
READING DIVISION

| In Re: | |
|---|---|
| | Chapter 13  Bankruptcy |
| HEATHER L. BLANKENBILLER, | |
| Debtor | Bankruptcy No. 18-10878 REF |

**STIPULATION BETWEEN DEBTOR AND CHAPTER 13 TRUSTEE
RE: PROCEEDS OF SALE OF RESIDENTIAL REAL ESTATE**

Debtor, by and through her counsel, George M. Lutz, Esquire and Hartman, Valeriano, Magovern & Lutz, P.C., and Frederick L. Reigle, Esquire, the Chapter 13 Trustee, hereby enter into this Stipulation Between Debtor and Chapter 13 Trustee re: Proceeds of Sale of Residential Real Estate, and *in support thereof represent as follows:*

1. Heather L. Blankenbiller is the Debtor in the above-captioned bankruptcy proceeding.

2. On February 8, 2018, the Debtor filed a Voluntary Petition under Chapter 13 of the United States Bankruptcy Code, said Petition being docketed to No. 18-10878 REF in the United States Bankruptcy Court for the Eastern District of Pennsylvania.

3. Frederick L. Reigle, Esquire is the duly appointed Chapter 13 Trustee for the above-captioned bankruptcy proceeding.

4. On June 14, 2018, the Debtor sold a portion of her residential real estate to New Life Bible Fellowship Church. The sale of the real estate was approved by Order of this Honorable Court dated May 15, 2018. See Docket No. 31.

5. The net proceeds of the aforesaid sale were $14,573.75, which sum has been delivered to the Chapter 13 Trustee. In addition, as required by this Court's Order approving the sale, the HUD—1 Settlement Statement has been delivered to the Chapter 13 Trustee.

6. The Debtor has amended her exemptions to reflect the change in the nature of the real estate assets, and has claimed an exemption of $13,100.00 in the proceeds of the sale.

7. The Debtor and the Chapter 13 Trustee have agreed that the proceeds delivered to the Chapter 13 Trustee are exempt funds, and request that this Honorable Court approve this

Stipulation permitting the Chapter 13 Trustee to remit said funds to the Debtor. This distribution will not be subject to the Trustee's expense.

WHEREFORE, the Debtor and the Chapter 13 Trustee respectfully request this Honorable Court to enter an Order, in the form attached to the face hereto, approving this Stipulation, and permitting the Chapter 13 Trustee to remit the sum of $13,100.00, representing the net proceeds of the sale of a portion of the Debtor's residential real estate, to the Debtor.

Date: June 19, 2018

Respectfully, submitted,

| | |
|---|---|
| **Hartman, Valeriano, Magovern & Lutz, PC** | **Frederick L. Reigle, Esquire**<br>**Chapter 13 Trustee** |
| by:  /s/ George M. Lutz | by:  /s/ Rolando Ramos-Cardona |
| **George M. Lutz, Esquire**<br>1100 Berkshire Boulevard, Suite 301<br>Wyomissing, PA  19610<br>Pa. Attorney ID No.: 46437 | **Rolando Ramos-Cardona, Esquire**<br>**Staff Attorney**<br>2901 St. Lawrence Avenue<br>POB 4010<br>Reading, PA  19606 |

AND NOW, this 19 day of June, 2018, the within Stipulation between the Debtor and the Chapter 13 Trustee is APPROVED, and the Chapter 13 Trustee is permitted to remit to the Debtor the sum of $13,100.00, representing the exempted portion of the net proceeds of the sale of a portion of the Debtor's residential real estate. This distribution will not be subject to the Trustee's expense.

BY THE COURT

_____
**Richard E. Fehling**
**Chief United States Bankruptcy Judge**