Lisa Dice
316 Bertolet Mill Road
Oley, PA 19547